# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT KEVIN HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:25-cv-00555-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF<br><br>(ECF No. 10) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of his position of whether the Court should reverse, affirm, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through September 30, 2025, to file an opening brief. The scheduling order (ECF No. 3) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **July 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge