# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT KEVIN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00555-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 14) |

　　　Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through December 1, 2025, to file a responsive brief. The scheduling order (ECF No. 3) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __October 24, 2025__

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge